quinn emanuel trial lawyers | new york
295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7282**

WRITER'S EMAIL ADDRESS
**andrewrossman@quinnemanuel.com**

September 10, 2026

**VIA CM/ECF**

Hon. Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: ***Employees Retirement System of the City of St. Louis v. FS/KKR Advisor, LLC* (Case No. 1:26-cv-06003-DEH) – Request for Extension of Time to Respond**

Dear Judge Ho,

I write on behalf of Defendant FS/KKR Advisor, LLC ("FS/KKR") regarding its pending letter motion (ECF No. 14, "Letter Motion") seeking an extension of its deadline to respond or a stay pending the District of Maryland's resolution of FS/KKR's forthcoming transfer motion in *Larry Jones v. FS/KKR Advisor, LLC et al.*, No. 1:26-cv-02593-JKB (D. Md.) (the "Maryland Action"). Plaintiff opposed the Letter Motion and requested the Court instead set FS/KKR's response deadline as September 14, 2026 or another date certain. ECF No. 15.

I write to update the Court that the parties in the Maryland Action have stipulated to the following briefing schedule for FS/KKR's motion to transfer that action to this Court: defendants will file their motion to transfer on or before September 22, 2026; plaintiff will file his opposition on or before October 20, 2026; and defendants will file their reply on or before November 10, 2026. The as-filed stipulation is attached hereto as Exhibit 1.

As noted in FS/KKR's pending Letter Motion, FS/KKR believes an extension or temporary stay pending the District of Maryland's resolution of the transfer motion best serves the interests of the Court and litigants but is prepared to respond to Plaintiff's Complaint on whatever schedule the Court prefers. If the Court does not act on FS/KKR's Letter Motion prior to September 14, 2026, FS/KKR will file a motion to dismiss Plaintiff's Complaint on that date.

Respectfully submitted,

*/s/ Andrew J. Rossman*
Andrew J. Rossman

cc: All counsel of record via ECF